# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00626-CV

**Salman Choudhary, Appellant**

**v.**

**GNC Franchising, L.L.C., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN402053, HONORABLE ROSE SPECTOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Salman Choudhary and GNC Franchising, L.L.C. have filed a notice of settlement and joint motion for remand. We grant their motion, set aside the district court's judgment without regard to its merits, and remand this cause to the district court for rendition of judgment in accordance with the parties' agreement to vacate the judgment. *See* Tex. R. App. P. 42.1(a)(2)(B).

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Agreed Motion

Filed:   January 11, 2005